RALPH J. MARRA, JR.
Acting United States Attorney
SUSAN J. STEELE
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2920
Fax. 973-645-3210
email: SUSAN.STEELE@usdoj.gov
SJS7042
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br><br>v.<br><br>YASSIR ALARBASH,<br><br>         *Defendant.* | HON. ~~JOHN C. LIFLAND~~ Peter G. Sheridan<br><br>Criminal No. 02-364-01 (PGS)<br><br>**ORDER FOR**<br>**REMISSION OF FINE** |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Susan J. Steele, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this 21 day of August, 2009,

ORDERED, that the balance of the fine imposed on November 27, 2002, in the amount of $1,000.00 is hereby remitted.

                   _____
                   ~~JOHN C. LIFLAND~~ Peter G. Sheridan
                   UNITED STATES DISTRICT JUDGE